Chicago—First District—July, 1917. 243

Keystone Oil & Mfg. Co. v. Illinois Central R. Co., 207 Ill. App. 243.

## Keystone Oil & Manufacturing Company, Appellant, v. Illinois Central Railroad Company, Appellee.

### Gen. No. 22,639. (Not to be reported in full.)

Appeal from the Municipal Court of Chicago; the Hon. HARRY OLSON, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1916. Affirmed. Opinion filed July 19, 1917.

### Statement of the Case.

Action by the Keystone Oil & Manufacturing Company, a corporation, plaintiff, against the Illinois Central Railroad Company, a corporation, defendant, for the loss of a quantity of gasoline shipped over defendant's railroad line. From a judgment for defendant, plaintiff appeals.

WILLIAM S. CORBIN, for appellant.

VERNON W. FOSTER and PERRY H. KEENEY, for appellee; JOHN G. DRENNAN, of counsel.

MR. JUSTICE McDONALD delivered the opinion of the court.

### Abstract of the Decision.

1. CARRIERS, § 40*—*when carrier liable for loss in loading and unloading goods.* The general rule is that the loading and unloading of goods are under the carrier's control and that the carrier is liable for any loss incident thereto, unless the shipper assumes this responsibility.

2. CARRIERS, § 40*—*what defects in loading carrier not liable for where shipper assumes responsibility.* Where the shipper assumes the responsibility of loading, the carrier is absolved from any loss occasioned by defects in loading which are necessarily invisible to the carrier or his agent who accepts the freight for shipment, or which he cannot discover by ordinary observations, or such inspections as he can readily make.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.

244 APPELLATE COURTS OF ILLINOIS.

3. CARRIERS, § 40*—*what is duty of carrier as to seating of gasoline tank car.* The seating of the main valve on the lower side of a tank car used for gasoline is an incident to the loading of the car, which it is the duty of the carrier to see is properly seated where the shipper does not assume the responsibility.

4. CARRIERS, § 40*—*when refining company is agent of shipper in seating of valve and loading tank car.* A refining company is the agent of the shipper in seating the main valve in a gasoline tank car and in loading it, where the refining company orders the car for the shipper and executes a bill of lading on behalf of the shipper and loads the car, pursuant to its custom, without making arrangement with the carrier therefor.

5. CARRIERS—*when carrier charged with notice of defective valve in tank car.* Where a valve in a gasoline tank car becomes leaky en route, the carrier cannot be charged with notice thereof until there are outward manifestations of such conditions.

6. CARRIERS—*when carrier not liable for loss of gasoline due to defective outlet of tank car.* Where the employees of a carrier, at a point where a tank car for gasoline is to be turned over to a connecting carrier, first ascertain the leaky condition of the outlet casting of the car and immediately take steps to prevent a total loss, and it does not appear that they are negligent, the carrier is not liable for the loss.